IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SKIDMORE,<br><br>    Petitioner,<br><br>    v.<br><br>J. LIZARRAGA,<br><br>    Respondent. | Case No.: C 14-0253 JSC (PR)<br><br>**ORDER OF DISMISSAL** |

On January 9, 2014, Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the Eastern District of California.[1] On January 16, 2014, the case was transferred to this Court. On the same day, the Clerk notified Petitioner he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk mailed Petitioner the Court's IFP form along with the deficiency notice, as well as a stamped return envelope and instructions for completing the IFP form. The notice informed him that the case would be dismissed if he did

---

[1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 1 at 8.)

not either pay the filing fee or file a completed IFP application within 28 days.  No response from Petitioner has been received, and more than 28 days have passed.  Accordingly, this case is DISMISSED without prejudice to filing the petition in a new action in which Petitioner either pays the filing fee or submits a complete IFP application.

     The Clerk shall enter judgment and close the file.

     **IT IS SO ORDERED.**

Dated: February 28, 2014

                                          _____
                                          JACQUELINE SCOTT CORLEY
                                          UNITED STATES MAGISTRATE JUDGE